# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | |
|---|---|
| **In Re:** ) | Bankruptcy Case No.: 19−11466−MFW |
| Center City Healthcare, LLC ) | Bankruptcy Chapter: 11 |
|     Debtor ) | |
| _____ ) | |
| Center City Healthcare, LLC ) | |
| Hahnemann University Hospital ) | |
|     Plaintiff ) | Adv. Proc. No.:  21−50900−MFW |
|     vs. ) | |
| GE Medical Systems Inc. ) | |
|     Defendant ) | |

## ORDER APPOINTING MEDIATOR

    Pursuant to **the Order Establishing Streamlined Procedures** , Center City Healthcare, LLC , Plaintiff(s) and the above named Defendant(s) (collectively, the "Parties"), it is hereby
    **ORDERED** that this matter is scheduled for mediation consistent with the terms stipulated to by the parties in the Order Establishing Streamlined Procedures ; and it is further
    **ORDERED** that the costs of the mediation shall be paid as indicated in the the Order Establishing Streamlined Procedures ; and it is further
    **ORDERED** that Maria Sawczuk , who has been selected by the parties is appointed the mediator in this adversary proceeding; and it is further
    **ORDERED** that to the extent they are not waived by or modified by the terms of the Order Establishing Streamlined Procedures , this mediation shall be conducted in accordance with the Local Rules of the United States Bankruptcy Court of the District of Delaware; and it is further
    **ORDERED** that all deadlines as defined in the the Order Establishing Streamlined Procedures entered shall apply.

Date:  11/12/21

                                                              Mary F. Walrath
                                                              Bankruptcy Judge

(VAN−486)

United States Bankruptcy Court
District of Delaware

Center City Healthcare, LLC,
    Plaintiff

GE Medical Systems Inc.,
    Defendant

Adv. Proc. No. 21-50900-MFW

# CERTIFICATE OF NOTICE

| District/off: 0311-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Nov 12, 2021 | Form ID: van486 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Center City Healthcare, LLC, 216 North Broad Street, 4th Floor, Philadelphia, PA 19102-1121 |
| dft | + | GE Medical Systems Inc., 3000 N. Grandview Blvd., Waukesha, WI 53188-1615 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2021          Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John D. Demmy | on behalf of Plaintiff Center City Healthcare LLC john.demmy@saul.com, robyn.warren@saul.com |
| Maria Aprile Sawczuk | marias@goldmclaw.com marias@ecf.courtdrive.com |
| Maria Aprile Sawczuk | on behalf of Mediator Maria Aprile Sawczuk marias@goldmclaw.com marias@ecf.courtdrive.com |

TOTAL: 3